## Case No. 15,034.

UNITED STATES v. EIGHT HUNDRED AND FIFTY-FIVE BOXES OF SUGAR.

[11 Int. Rev. Rec. 63.]

District Court, D. Louisiana.  1870.

CUSTOMS DUTIES—FALSE INVOICES.

In this case the sugar was libelled as having been imported under false invoices, with a view to defraud the revenue. The case was given to the jury February 5th, and a verdict was rendered in favor of the government.

P. H. Morgan, U. S. Dist. Atty., and Hudson & Fearn, for the United States.

Billings & Hughes, J. L. Tissot, and W. R. Whittaker, for importers.